## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 08-01696 ESL |
| VICTOR MANUEL MALDONADO MORALES<br>IRIS CELIA COLL BAHAMONDE | |
| Debtors | CHAPTER 13 |
| R & G PREMIER BANK OF PUERTO RICO | INDEX _ |
| Movant | |
| VICTOR MANUEL MALDONADO MORALES<br>IRIS CELIA COLL BAHAMONDE | |
| Debtors-Respondents | |
| JOSE RAMON CARRION MORALES | |
| Trustee | |

## MOTION TO SET ASIDE AUTOMATIC STAY OF
## PROCEEDING AND FURTHER RELIEF

**TO THE HONORABLE COURT**:

NOW COMES, **R & G PREMIER BANK OF PUERTO RICO**, by its undersigned attorneys and to the Honorable Court respectfully represents:

1.     That R & G Premier Bank of Puerto Rico (the "Bank"), a banking corporation having its usual place of business in Hato Rey, Puerto Rico, with postal address at P.O. Box 2510, Guaynabo, Puerto Rico 00970-2510, is the holder on due course of a Mortgage Note in the principal amount of $20,500.00 constituted on July 20, 1998, which is guaranteed by a Mortgage as per Deed Number 339, executed before Notary Public José Enrique Amadeo, upon the property hereinafter described in the Spanish language and page recorder number 110 of volume 189 of Río Grande in the Registry of Property of Carolina, Third Section, property

number 9220.

--- URBANA:   Solar marcado con el # 48 del bloque DD de la Urbanización Alturas de Río Grande, Sección Tercera, situado en el Barrio Ciénaga Baja del término municipal de Río Grande, Puerto Rico. Con una cabida superficial de 335.60 metros cuadrados, en lindes por el Norte en 11.15 metros hasta un arco con un radio de 3.50 metros y un largo de 5.50 metros con la Calle H; por el SUR, en 15.55 metros con el solar DD-59; por el ESTE, en 19.50 metros con terrenos del señor Antonio Rohena y por el OESTE, en 23.50 metros con el solar DD-49.

— Enclava una casa.

— Inscrita al folio 109 del tomo 189 de Río Grande,  finca número 9220,  inscripción Primera.

2.      Debtor-Respondent, Victor Manuel Maldonado Morales and his wife Iris Celia Coll

Bahamonde, have filed bankruptcy proceedings under docket Number 08-01696 ESL.

3.      That Mr. José Ramón Carrión Morales, has been appointed Trustee in the instant

bankruptcy proceedings.

4.      Debtors-Respondents are indebted to the Bank as of February 21, 2009, in the

principal sum of $7,103.23, plus $2,465.00, corresponding to interest, plus accrued late charges

in the sum of $48.69 and the sum of $-0- corresponding to advances under loan contract for a

total of $9,616.92 plus 10% of the principal amount of the Mortgage Note for attorney's fees. Said

debt is secured by the mortgage referred to in the first paragraph of this motion.

5. Also, debtors-respondents are in arrear in payments of the amounts secured by said

mortgage, thus more than three  (3) payments of $324.51 for a total of $973.53,  plus $48.69 of

late charges, plus $ -0- corresponding to advances under loan contract and $500.00 of attorneys

fees in this process, for a grand total of $1,522.22.

6.  That there would appear to be no equity in this property for Trustee.

7.  Movant herein prays for an order lifting the automatic stay under Section 362(d)(1) and

(d)(2) of the Code, thus debtor-respondent has continuously failed to pay postpetition payments

in violation of the terms and conditions contained in the plan.

8. We respectfully submit that sufficient grounds exist under "cause" to grant the lifting of the stay based on the continuous failure of debtors-respondents to make post-petition payments. See Section 362(d)(1).

WHEREFORE, movant respectfully prays for an order relieving it from the stay under Section 362(d)(1) and 362(d)(2) of the Bankruptcy Code, granting costs, expenses and attorneys' fees to movant, authorizing movant to proceed with the foreclosure of the mortgage against the property of debtors-respondents, with such further relief as is just and proper.

I HEREBY CERTIFY: That on this same date I electronically filed with clerk of the Court using the CM/ECF System which will send notification to the following:   the **Trustee**, José Ramón Carrión Morales; **Attorney for Debtors**, Wilbert López Moreno, Esq., and by mailed through the US Postal Service the document to **Debtors**, Víctor Manuel Maldonado Morales and Iris Celia Coll Bahamonde, Alturas de Río Grande, DD-48 Calle H, Río Grande, Puerto Rico 00745.

In San Juan, Puerto Rico, this  4th day of March, 2009.

LAW OFFICES ISMAEL H. HERRERO IIII, P.S.C.
P.O. Box 362159
San Juan, Puerto Rico 00936-2159
Tel. 787 754-5000    Fax. 754-5001


/s/ ISMAEL H HERRERO III
USDC-PR No. 2203002

**BUFETE:** I.HERRERO III,-(QUIEBRA)

# UNSWORN STATEMENT
# UNDER PENALTY OF PERJURY

**The undersigned hereby certifies the following under penalty of perjury:**

**Debtor(s):**   VICTOR MALDONADO-MORALES

**Loan No.:**   000090029828

**Bankruptcy No.:**   08-01696

| **Post-petition arrears:** | ( 3) | **months at** | $324.51 | **=** | $973.53 |
|---|---|---|---|---|---|
| | ( 3) | **L/C** | $16.23 | **=** | $48.69 |

**Current principal:**      $7,103.23

**Name:** _____       **Date:** February 21, 2009
Legal Division

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

**VICTOR MALDONADO MORALES**
Debtors

R & G PREMIER BANK OF PUERTO RICO

Movant

**VICTOR MALDONADO MORALES**

Debtors-Respondents

ALEJANDRO OLIVERAS RIVERA
Trustee

CASE NO.  08-01696

CHAPTER 13

INDEX

## SWORN STATEMENT

I, Marrion Torres, of legal age, banker and a resident of San Juan, Puerto Rico, as an Authorized Officer of the Bankruptcy Department of R & G PREMIER BANK OF PUERTO RICO, movant in the present case, under oath DECLARE as follows:

1.      That I have read the foregoing Motion, and that the terms, sums of money and obligations are correct to the best of my knowledge.

2.      That all cases filed on behalf of R & G Premier Bank of Puerto Rico, pending before the Bankruptcy Court are under my direct supervision, thus I am personally aware of the allegations contained in the Motion.

3. That, as it appears from a review of the Bank's loan file, and from the information supplied by Debtors to the Bank in the Loan Application, as well as that furnished subsequently, it appears that Debtors are not minors, not are they in the military service of the armed forces of the United States of America, not are they incapable. Attached copy of Military Status Report on February 23, 2009.

In San Juan, Puerto Rico, this 3rd day of March 2009.

_____
Marrion Torres

Affidavit No 7582

Sworn and subscribed to before me by Marrion Torres, of the personal circumstances above mentioned, personally known to me, in San Juan, Puerto Rico, and this day of, March 3 2009.

NOTARY PUBLIC

# PAGARE

**VALOR:** $ 20,500.00              VENCIMIENTO: **A LA PRESENTACION**

POR VALOR RECIBIDO, los suscribientes deben y pagarán solidariamente a **R-G PREMIER BANK OF PUERTO RICO** o al tenedor por endoso (en adelante denominados indistintamente "ACREEDOR HIPOTECARIO" o el "Acreedor") o a su orden, la suma principal de VEINTE MIL QUINIENTOS DOLARES    en moneda de curso legal de los Estados Unidos de América.   El principal de esta obligación devengará intereses a partir de esta fecha a razón del CATORCE Y MEDIO (14 1/2%)   por ciento anual hasta la fecha de su pago total y definitivo, aún en caso de mora o prórroga.----------------------

Se dispone, además, que del Acreedor Hipotecario no recibir el pago del plazo que corresponda dentro del término acordado , el (los) suscribiente(s) vendrá(n) obligado(s) a pagar el cargo por mora (late charges), del  cinco  por ciento ( 5 %) del principal vencido si el atraso es por un periodo mayor de quince (15) días o de  cuatro por ciento ( 4 %) del pago vencido en el caso de atraso por un período mayor de diez días.--------------------

Se dispone también que si se saldase por adelantado o se prepagare todo o parte de esta obligación, en el caso de que la misma no sea pagadera a su demanda o presentación, el ACREEDOR HIPOTECARIO podrá cobrar, a su absoluto arbitrio y discreción, una indemnización que no excederá del uno por ciento (1%) del balance de principal pagado por adelantado; esta indemnización podrá ser también reclamada por el Acreedor, aún cuando este Pagaré sea pagadero a la demanda o presentación, cuando la presente obligación haya sido cedida en prenda o garantía de otra obligación y tal prenda u otra obligación requiera el pago de la indemnización.--------------------------------------------------

Los suscribientes renuncian a todo derecho de aviso, presentación, requerimiento de pago y protesto.   En caso de incumplimiento de pago de esta obligación, se comprometen solidaria y mancomunadamente los suscribientes a satisfacer los gastos y honorarios de abogado en que incurra el ACREEDOR HIPOTECARIO para el cobro extrajudicial del mismo, estipulándose, además que para el caso de reclamación judicial o de ejecución de la hipoteca constituída en garantía del pago de esta obligación, se obligan al pago de las costas, gastos y honorarios de abogados del Acreedor en una cantidad líquida y exigible equivalente al diez por ciento (10%) del principal original de esta obligación. El pago de esta obligación, sus intereses, y sus créditos accesorios han sido garantizados con la hipoteca voluntaria que fuera constituída mediante la escritura número  339------- de esta misma fecha, ante el Notario Público - José Enrique Amadeo  .-------

_____                _____
VICTOR MALDONADO MORALES                      IRIS COLL BAHAMONDE


AFFIDAVIT NUMERO:  27,177

Suscrito y reconocido ante mí por Víctor Maldonado Morales y su esposa Iris Coll Bahamonde, ----------------------------------------

mayor (es) de edad,  ----------- , propietario(s) y vecino(s) de Río Grande, -------- Puerto Rico, de cuya(s) identidad(es) Yo, el Notario, me he ----- asegurado según se dispone en la Ley Notarial. En  Trujillo Alto, --------- Puerto Rico, hoy día 20    de    julio    de 1998.------------------------

_____
NOTARIO PÚBLICO

Hoy día de su otorgamiento
expedí primera copia certi-
ficada a nombre de ---------
R-G Premier Bank of P.R.---

Notario-Público



*V. m.m.m.*

*I C . B .*

---NÚMERO: TRESCIENTOS TREINTA Y NUEVE (339) --------------

---------HIPOTECA PARA GARANTIZAR PAGARE---------

---En la ciudad de Trujillo Alto Puerto Rico, hoy día
veinte (20)--------- de   julio--------de mil novecientos
noventa y   ocho (1998).  ------------------------

-------------------ANTE  MI----------------------

--- JOSE ENRIQUE AMADEO ------------------  , Abogado y
Notario Público de Puerto Rico, con residencia en
la municipalidad de San Juan ----, Puerto Rico, y
estudio abierto en San Juan , Puerto Rico.----------

-------------------COMPARECEN--------------------

---DE LA PRIMERA PARTE como DEUDORES HIPOTECARIOS:

---DON VICTOR MALDONADO MORALES, Seguro Social
Número  "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" y su esposa DOÑA IRIS COLL
BAHAMONDE, Seguro Social Número "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",----
mayores de edad, propietarios y vecinos de -------
Río Grande, Puerto Rico.--------------------------
-- -----------------  ---------------------------

-------------------  ---------------------------

---DE LA SEGUNDA PARTE como ACREEDOR HIPOTECARIO:

---R-G PREMIER BANK OF PUERTO RICO, seguro social
patronal número "66-040-2155", representado en
este  acto  por  su  Oficial Adamina Medina Beniquez,---
seguro social número 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,   mayor de edad, casado-
con, digo, soltera, --------------  ejecutivo y vecino de-
Carolina,----- Puerto Rico, cuyo carácter y facultades para
este acto asegura tener y que acreditará cuando, donde y--
tantas veces sea menester. --------------------------
---DOY FE del conocimiento personal de las partes
comparecientes y por sus dichos me constan sus
circunstancias personales.   Me aseguran tener y a
mi juicio tienen la capacidad legal necesaria para
este  otorgamiento  y en  tal  virtud,  libre  y

1

voluntariamente:------------------------------------

-------------------EXPONEN----------------------

---**PRIMERO:** <u>La Propiedad Hipotecada:</u> Los

Deudores Hipotecarios son dueños a título del

dominio del inmueble que se describe, con sus

cargas y gravámenes en el Hecho expositivo **CUARTO**

de esta escritura.------------------------------

---**SEGUNDO:** <u>El Pagaré Hipotecario:</u> Los Deudores

Hipotecarios simultáneamente con este otorgamiento

ha expedido ante mí, el Notario, un pagaré

hipotecario, en adelante el **PAGARE**, el cual

copiado literalmente lee como sigue:--------------

--------------------PAGARE----------------------

---**VALOR:**$ 20,500.00 VENCIMIENTO: **A LA PRESENTACION**



---POR VALOR RECIBIDO, los suscribientes deben y
pagarán solidariamente a R-G **PREMIER BANK OF
PUERTO RICO** o al tenedor por endoso (en adelante
denominados indistintamente "ACREEDOR HIPOTECARIO"
o el "Acreedor") o a su orden, la suma principal
de VEINTE MIL QUINIENTOS DOLARES    en moneda de
curso legal de los Estados Unidos de América. El
principal de esta obligación  devengará intereses
a partir de esta fecha a razón del CATORCE Y MEDIO
(14 1/2%)    por ciento anual hasta la fecha de su
pago total y definitivo, aún en caso de mora o
prórroga.-------------------------------------

---Se   dispone,   además,   que   del   Acreedor
Hipotecario no recibir el pago del plazo que
corresponda dentro del término acordado , el (los)
suscribiente(s) vendrá(n) obligado(s) a pagar un
cargo por mora (late charges), del   cinco   por
ciento ( 5 %) del pago vencido si el atraso es por
un periodo mayor de quince (15) días o de  cuatro
por ciento ( 4 %) del pago vencido en el caso de
atraso por un período mayor de diez días.---------

---Se dispone también que si se saldase por
adelantado o se prepagare todo o parte de esta
obligación, en el caso de que la misma no sea
pagadera a su demanda o presentación, el ACREEDOR
HIPOTECARIO podrá cobrar, a su absoluto arbitrio y
discreción, una indemnización que no excederá del
uno por ciento (1%) del balance de principal
pagado por adelantado; esta indemnización podrá
ser también reclamada por el Acreedor, aún cuando

2

este Pagaré sea pagadero a la demanda o presentación, cuando la presente obligación haya sido cedida en prenda o garantía de otra obligación y tal prenda u otra obligación requiera el pago de la indemnización.--------------------

---Los suscribientes renuncian a todo derecho de aviso, presentación, requerimiento de pago y protesto. En caso de incumplimiento de pago de esta obligación, se comprometen solidaria y mancomunadamente los suscribientes a satisfacer los gastos y honorarios de abogado en que incurra el ACREEDOR HIPOTECARIO para el cobro extrajudicial del mismo, estipulándose, además que para el caso de reclamación judicial o de ejecución de la hipoteca constituída en garantía del pago de esta obligación, se obligan al pago de las costas, gastos y honorarios de abogados del Acreedor en una cantidad líquida y exigible equivalente al diez por ciento (10%) del principal original de esta obligación. El pago de esta obligación, sus intereses, y sus créditos accesorios han sido garantizados con la hipoteca voluntaria que fuera constituída mediante la escritura número 339--- de esta misma fecha, ante el Notario Público José Enrique Amadeo.--------------

---(Firmado por: VICTOR MALDONADO MORALES , IRIS COLL BAHAMONDE) ------------------------------------

---(AFFIDAVIT NUMERO:27,177          -------------------

---Suscrito y reconocido ante mí por Víctor Maldonado Morales y su esposa Iris Coll Bahamonde, -------------------------------

mayor (es) de edad, ------------ propietario(s) y ------- vecino (s) de Río Grande-----Puerto Rico, de cuya(s) ------ identidad (es) Yo, el Notario, me he asegurado según se --- dispone en la Ley Notarial. En Trujillo Alto, Puerto Rico, hoy día 20 de julio------- de 1998          --------------

---(Firmado, sellado, signado y rubricado por: José Enrique Amadeo. --------------------------------------------------

---Concuerda bien y fielmente con el original que

he tenido a la vista y al que me remito.---------

---**TERCERO**: <u>Creación de la Hipoteca.</u>  Con el

propósito de garantizar al **ACREEDOR HIPOTECARIO** el

pago de la obligación emitida y transcrita en el

expositivo **SEGUNDO** anterior, el **DEUDOR HIPOTECARIO**

ha convenido constituir **SEGUNDA HIPOTECA** sobre el

inmueble de su propiedad que se describe en esta

escritura,    llevándolo    a    efecto    con    las



3

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE JUSTICIA
REGISTRO DE LA PROPIEDAD
SECCION TERCERA DE CAROLINA

# CERTIFICACION

**TURNO -1,046-**



INSCRITO AL FOLIO 109 DEL TOMO 189 DE RIO GRANDE

**FINCA # 9,220**

A SOLICITUD DE: LCDO. JAIME RODRIGUEZ ORTIZ





**Departamento de Justicia**
**Registro de la Propiedad**
Sección de __II CAROLINA__

Número : _1046_

210–1148

_1_ de octubre de 2008
Fecha

Hon. REGISTRADOR
Registrador de la Propiedad
Sección de II CAROLINA

Estimada señor Registrador:

Por la presente solicito certificación registral en fotocopia de la finca número __9220__ inscrita al folio __109__ del tomo __189 RIO GRANDE__, en cuanto a los siguientes extremos: EJECUCION HIPOTECA por $20,500.00 ESC. 339 DEL LCDO JOSE E AMADEO, INSCRITA FOLIO 110 TOMO 189 RIO GRANDE

_____ A) Certificación de la finca _____ al folio _____ tomo _____ incluyendo certificaciones sobre contenido de los libros especiales del Registro.

_____ B) Asiento de presentación _____, del diario de operaciones _____.

_____ C) Certificación en fotocopia (literal) de las inscripciones_____, incluyendo certificaciones sobre contenido de los libros especiales del Registro.

_____ D) Certificación en fotocopia (literal) de las inscripciones_____, sin incluir certificaciones sobre contenido de los libros especiales del Registro.

_____ E) Copia simple de los folios _____ , _____ , _____ , _____ ,

del (os) tomo (s) _____ , _____ , _____ , _____ ,

Cantidad de páginas copiadas _____

_____ F) Certificación de asiento _____ del Libro _____, registrado al tomo _____ folio _____

_____ G) Plano número _____ inscrito al folio _____ del Registro de Planos de Lotificación Número _____
Cantidad de páginas de los planos _____ .

Le incluyo un comprobante por la cantidad de $ __6.00__ cuya numeración es la siguiente: __50063-2008-0502-7639513__

_____ Recogeré personalmente la Certificación.
_XXX_ Favor de enviar la Certificación por correo.
_xxx_ Le incluyo _____ tarjeta postal pre-dirigida y franqueada o _xxx_ sobre pre-dirigido y franqueado con el nombre y la dirección postal de la persona a enviar el Aviso o la Certificación.

Acepto que transcurrido el término de 30 días, contados a partir de la fecha de la expedición de la Certificación o del Envío del Aviso sin que se haya recogido la Certificación, se proceda a la disposición final de la misma.

PRESENTACIÓN

HORA: _8:00 AM_

DIA: _8-10-08_

SOLICITANTE: _Lcdo. Rodriguez_

RECIBIDO POR: _____

Cordialmente,

NOMBRE: _LCDO. JAIME E RODRIGUEZ ORTIZ_

FIRMA: _____

DIRECCION POSTAL: _PO BOX 362159_
_SAN JUAN, P.R. 00936-2159_

TELEFONO: _754-5000_
FAX: _754-5001_

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE JUSTICIA
REGISTRO DE LA PROPIEDAD
SECCION TERCERA DE CAROLINA

TURNO — 1,046 —

YO, LCDO. WIFREDO SIACA ALEQUIN - REGISTRADOR DE LA PROPIEDAD DE PUERTO RICO SECCION TERCERA DE CAROLINA Y A SOLICITUD DE: Lcdo. Jaime Rodríguez Ortíz - SOBRE LA FINCA #9,220 DE Río Grande.

**CERTIFICO**

La Descripción e Inscripción 2ª - QUE SURGEN DE LA FINCA NUMERO 9,220 SON FOTOCOPIAS   SELLADAS  E  INICIALADAS  de los Folios 109, 110 y 110vto.  DEL TOMO 189 DE Río Grande.

No se certifica en cuanto a otros extremos por no haberse solicitado

Y PARA QUE CONSTE,  EXPIDO LA PRESENTE EN CAROLINA, P. R.  SIENDO LAS 11:00 A. M. DEL DIA 16 DE octubre DEL  2008.
DROS. $6.00
COMP. #50063-2008-0502-76395718

POR:  LCDO.  WIFREDO SIACA ALEQUIN
REGISTRADOR DE LA PROPIEDAD

NOTAS MARGINALES

Registro de la



## NOTAS MARGINALES



1- Descripción: Descrito conforme.

2- Compra: Afecta a Servidumbres y Condiciones restrictivas.

3- Inscrito a favor de: Victor Maldonado Morales, s.s. 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 y su esposa Luz Celi Santamaría, s.s. 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 y que por ella comparece, ambos mayores de edad y vecinos de Río Grande.

4- Naturaleza del Contrato: Hipoteca en garantía de un pagaré.

5- Acreedor: R-J-Bonus Bank g/PR.

6- Cantidad Principal: $40,000.00

7- Intereses: 14 1/2 % anual.

8- Vencimiento: a la presentación.

9- Créditos Adicionales: Tres sumas de 10% equivalente al principal cada una para costas, gastos y honorarios de abogado, en caso de reclamación judicial, para intereses en adición a los garantizados por la Ley y para cualquier adelanto.

10- Se reciben $20,500.00

## NOTAS MARGINALES

## FINCA No. 4320

Registro de la Propiedad
SECCIÓN III
DE CAROLINA
Puerto Rico

11- Anotaciones: lo que constan del documento:

10- (a) inscrita: de la escritura No. 389, otorgada el día 20 de julio 1996, ante el

notario José Enrique Amadeo, en Trujillo Alto P.R.

13- Presentada el día 18 de agosto de 1996, a las 8:37 a.m., al asiento 163 del diario

48.

Carolina a 5 de agosto de 2000.

Dros: $42.00

Rg.

Department of Defense Manpower Data Center                FEB-21-2009 07:58:41

 Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| ◄ Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| MALDONADO | VICTOR | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.



Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided

by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:* **BXBBTNWJCZD**