# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

VICTOR M. MALDONADO MORALES
**DEBTOR**

CASE 08-01696
CHATER 13

RG PREMIER
**Movant**

INDEX

JOSE CARRION
**TRUSTEE**

REPLY TO Motion Requesting Relief of Stay

TO THE HONORABLE COURT:

COMES NOW DEBTOR, through his undersigned attorney and respectfully states and prays:

1- That secured creditor RG PREMIER filed a Motion Requesting Relief of Stay Under 11 USC 362 grounded on debtor's arrears with his post petition Mortgage payments.

2- That secured creditors RG Premier will be pay in full through the Chapter 13 plan payments. (See docket 44- Trustee posistion).

3- Debtor is current with his Chapter 13 plan payments.

WHEREFORE, DEBTOR requests that the Motion for relief of Stay under 11 U.S.C 362 be denied.

RESPECTFULLY SUBMITTED.
In San Juan Puerto Rico, March 28th ,2009

**CERTIFICATE OF SERVICE:** That I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing and that I have mailed the documents to the and non CM/ECF participants, Creditors and parties in interest as per the Master address list.

/S/WILBERT LOPEZ MORENO
Representing Victor M.
Maldonado Morales
1272 Jesus T Pinero
San Juan PR 00921
793 5790/782-5364

```
Label Matrix for local noticing          R&G PREMIER BANK OF PR              USDA RURAL DEVELOPMENT
0104-3                                   ISMAEL H HERRERO III ESQ            C/O FORTUNO & FORTUNO FAS
Case 08-01696-ESL13                      PO BOX 362159                       PO BOX 9300
District of Puerto Rico                  SAN JUAN, PR 00936-2159             SAN JUAN, PR 00908-0300
Old San Juan
Sat Mar 28 11:48:06 AST 2009

US Bankruptcy Court District of P.R.     LLCDO JUAN C FORTUNO                PUERTO RICO ELECTRIC POWER
U.S. Post Office and Courthouse Building P O BOX 9300                        BANKRUPTCY CLAIMS OFFICE
300 Recinto Sur Street, Room 109         SAN JUAN, PR 00908-0300             PO BOX 364267
San Juan, PR 00901-1964                                                      SAN JUAN PR 00936-4267


R&G PREMIER BANK OF PUERTO RICO          RG PREMIER                          USDA RD
ISMAEL H. HERRERO III                    PO BOX 2510                         654 PLAZA AVE MUNOZ RIVERA STE 601
P O BOX 362159                           GUAYNABO, PR 00970-2510             SAN JUAN, PR  00918
SAN JUAN PR  00936-2159


USDA RURAL HOUSING SERVICE               IRIS CELIA COLL BAHAMONDE           JOSE RAMON CARRION MORALES
Centralized Servicing Center, USDA       ALTURAS DE RIO GRANDE               PO BOX 9023884
P.O. Box 66879                           DD 48 CALLE H                       SAN JUAN, PR 00902-3884
St. Louis, MO 63166-6879                 RIO GRANDE, PR 00745-3401


MONSITA LECAROZ ARRIBAS                  VICTOR MANUEL MALDONADO MORALES     WILBERT LOPEZ MORENO
OFFICE OF THE US TRUSTEE (UST)           ALTURAS DE RIO GRANDE               WILBERT LOPEZ MORENO & ASOCIADOS
OCHOA BUILDING                           DD 48 CALLE H                       1272 AVE. JESUS T. PINERO
500 TANCA STREET  SUITE 301              RIO GRANDE, PR 00745-3401           SAN JUAN, PR 00921-1616
SAN JUAN, PR 00901-1938


End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14
```